Cite as 2015 Ark. 299

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE SUPREME COURT COMMITTEE ON THE UNAUTHORIZED PRACTICE OF LAW | **Opinion Delivered** July 2, 2015 |

## PER CURIAM

Phillip A. Stone, Esq., of El Dorado, Fourth Congressional District; William A. Waddell, Jr., Esq., of Little Rock, Second Congressional District; and Faye Shepherd of Conway, are appointed to the Committee on the Unauthorized Practice of Law for three-year terms to expire on May 31, 2018. The court thanks Mr. Stone, Mr. Waddell, and Ms. Shepherd for accepting appointments to this important committee.

The court expresses its gratitude to J. Trent Daniels, Esq., of Hot Springs, Lee D. Short, Esq., of Little Rock, and Madelyn Blaine Davis of Little Rock for their service to the committee.